COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

| | |
|---|---|
| Appellate case name: | Erin McCain and Marc A. Townley v. Linda A. Lanier |
| Appellate case number: | 01-21-00679-CV |
| Trial court case number: | 2020-59696 |
| Trial court: | 151st District Court of Harris County |

Appellee, Linda A. Lanier, has filed a "First Unopposed Motion for Extension of Time to File Appellee's Brief." Appellants, Erin McCain and Marc A. Townley, filed their appellants' brief on February 3, 2022, making appellee's brief initially due to be filed on or before February 23, 2022. *See* TEX. R. APP. P. 38.6(b). On March 14, 2022, appellee was notified by the Clerk of this Court that the deadline for filing her appellee's brief had expired, and that the appeal may be set for submission without an appellee's brief unless she filed her brief, or a motion to extend time to file her brief, within ten days of the notice.

On March 22, 2022, appellee filed "unopposed" motion to extend the deadline, requesting an extension of eighty-days for filing her appellee's brief, making her brief due no later than June 2, 2022. In the motion, counsel for appellee states that the extension is necessary "to be able to prepare a cogent and succinct brief."

As noted, appellee's motion is titled as an "unopposed motion to extend time to file appellee's brief." However, the motion also includes a certificate of conference stating that counsel for appellee "attempted to confer . . . [with] [a]ppellants regarding this motion, but [he] was unable to reach Marc[] A. Townley after several attempts."

Appellee's motion is **granted in part**. **Appellee's brief is due to be filed within thirty days of the date of this order**. Absent extraordinary circumstances, no further extensions will be granted, and the failure to file an appellee's brief by the extended deadline may result in the Court setting the case "at-issue" and considering and deciding the case without an appellee's brief. *See* TEX. R. APP. P. 10.5(b), 38.6(d).

It is so ORDERED.

Judge's signature: _____/s/ Amparo Guerra_____

                ☑ Acting individually    ☐ Acting for the Court

Date: ___March 31, 2022____